United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 10, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-50641
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARGARITA LUJAN-CALZADA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-02-CR-1906-2-DB
--------------------

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Nancy G. Revelette, the attorney appointed to represent Margarita Lujan-Calzada, has moved for leave to withdraw and has filed a brief in accordance with <u>Anders v. California</u>, 386 U.S. 738 (1967). Lujan-Calzada has filed no response to Revelette's motion. Our independent review of the record and Revelette's brief shows that there are no nonfrivolous issues for appeal. Accordingly, Revelette's motion for leave to withdraw is GRANTED, Revelette is excused from further responsibilities herein, and this appeal is DISMISSED. <u>See</u> 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.